1

2

3

4

5

6

7

8                         **IN THE UNITED STATES DISTRICT COURT**

9                      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    XAVIER NAJAR,                              No. CIV S-09-2893-CMK-P

12              Plaintiff,

13         vs.                                   ORDER

14    T. FELKER, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18    U.S.C. § 1983.  Plaintiff has not, however, filed a complete application to proceed in forma

19    pauperis, along with a certified copy of his trust account statement for the six-month period

20    immediately preceding the filing of the complaint, or paid the required filing fee.  See 28 U.S.C.

21    §§ 1914(a), 1915(a), (a)(2).  Plaintiff will be provided the opportunity to submit either a

22    completed application to proceed in forma pauperis or the appropriate filing fee.  Plaintiff is

23    warned that failure to resolve the fee status of this case within the time provided may result in the

24    dismissal of this action for lack of prosecution and failure to comply with court rules and orders.

25    See Local Rule 11-110.

26    / / /

                                            1

1      Accordingly, IT IS HEREBY ORDERED that:

2          1.      Plaintiff shall submit on the form provided by the Clerk of the Court,

3   within 30 days from the date of this order, a complete application for leave to proceed in forma

4   pauperis, with the required certified copy of his trust account statement, or the appropriate filing

5   fee; and

6          2.      The Clerk of the Court is directed to send plaintiff a new form Application

7   to Proceed In Forma Pauperis By a Prisoner.

8

9

10   DATED:  October 21, 2009

11                                              _____

   **CRAIG M. KELLISON**
12   UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                              2