IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAJAR, | No. CIV S-09-2893-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| T. FELKER, et al., | |
| Defendants. | |
| _____/ | |

        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. On October 21, 2009, the court directed plaintiff to resolve the fee status for this case by either submitting a completed application for leave to proceed in forma pauperis or paying the statutory filing fee. On November 16, 2009, plaintiff filed a letter seeking additional time to comply. Good cause appearing therefore, the court grants plaintiff an additional 30 days from the date of this order to comply with the October 21, 2009, order.

/ / /

/ / /

/ / /

/ / /

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1.   Plaintiff shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, with the required certified copy of his trust account statement, or the appropriate filing fee; and

    2.   The Clerk of the Court is directed to send plaintiff a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: November 20, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE