IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| XAVIER NAJAR, | No. CIV S-09-2893-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| T. FELKER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court are: (1) plaintiff's request for an extension of time (Doc. 8); and (2) plaintiff's requests for leave to proceed in forma pauperis (Docs. 2, 9, and 10). Plaintiff's complaint will be addressed separately.

Plaintiff seeks an extension of time to comply with the court's prior orders regarding the fee status in this case. Good cause appearing therefor, the request is granted nunc pro tunc to December 28, 2009.

Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The requests to proceed in forma pauperis will, therefore, be granted.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (Doc. 8) is granted;

2. Plaintiff's motions for leave to proceed in forma pauperis (Docs. 2, 9, and 10) are granted;

3. Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

4. No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

5. Plaintiff will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's inmate trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: January 27, 2010

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE